UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SUSANA LOZADA

                          Plaintiff,

-against-

ETOURANDTRAVEL, INC.,

                          Defendant.
-------------------------------------------------------------X

Civil Action No.: 1:15-cv-02808

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Plaintiff, SUSANA LOZADA, hereby voluntarily dismisses this action and all claims contained therein <u>with prejudice</u> against defendant, ETOURANDTRAVEL, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and pursuant to the terms of the Confidential Settlement Agreement and General Release executed by the parties. The Court is to retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties.

An executed faxed or e-filed copy of this Stipulation shall be deemed as a signed original.

KIMMEL & SILVERMAN, P.C.

Dated: November ___, 2015

By: _____
Craig T. Kimmel, Esq.

*Attorneys for Plaintiff*
*Susana Lozada*
30 East Butler Pike
Ambler, Pennsylvania 19002
Tel: (215) 540-888

BIEDERMANN HOENIG SEMPREVIVO,
A PROFESSIONAL CORPORATION

Dated November 2, 2015

By: _____
Justin A. Guilfoyle, Esq.

*Attorneys for Defendant*
*ETourAndTravel, Inc.*
One Grand Central Place
60 East 42nd Street, Suite 660
New York, New York 10165
Tel: (646) 218-7560