UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Susana Lozada,

        Plaintiff,

- against -

ETourandTravel, Inc.,

        Defendants.

----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 17 2015
BROOKLYN OFFICE

ORDER OF DISCONTINUANCE

1:15-cv-02808-ENV-LB

VITALIANO, D.J.

    The Court having been advised that this action has been settled,

    Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

    The Clerk is directed to close this case.

        SO ORDERED.

DATED:    Brooklyn, New York
             11/16/2015

/S/ USDJ VITALIANO
ERIC N. VITALIANO
U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUSANA LOZADA

                         Plaintiff,

    -against-

ETOURANDTRAVEL, INC.,

                        Defendant.
-----------------------------------------------------------X

Civil Action No.: 1:15-cv-02808

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff, SUSANA LOZADA, hereby voluntarily dismisses this action and all claims contained therein with prejudice against defendant, ETOURANDTRAVEL, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and pursuant to the terms of the Confidential Settlement Agreement and General Release executed by the parties. The Court is to retain jurisdiction for the purpose of enforcing the terms of the settlement of the parties.

      An executed faxed or e-filed copy of this Stipulation shall be deemed as a signed original.

KIMMEL & SILVERMAN, P.C.

Dated: November 12, 2015

By: _____
      Craig T. Kimmel, Esq.

*Attorneys for Plaintiff*
*Susana Lozada*
30 East Butler Pike
Ambler, Pennsylvania 19002
Tel: (215) 540-888

BIEDERMANN HOENIG SEMPREVIVO,
A PROFESSIONAL CORPORATION

Dated November 2, 2015

By: _____
      Justin A. Guilfoyle, Esq.

*Attorneys for Defendant*
*ETourAndTravel, Inc.*
One Grand Central Place
60 East 42nd Street, Suite 660
New York, New York 10165
Tel: (646) 218-7560